**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
CHIEF JUDGE WILEY Y. DANIEL**

| | | | |
|---|---|---|---|
| Date: | October 10, 2012 | Probation: | Jan Woll |
| Courtroom Deputy: | Robert R. Keech | Interpreter: | N/A |
| E.C.R./Reporter: | Tammy Hoffschildt | | |

Criminal Case No:  **11-cr-00338-WYD**          Counsel:

UNITED STATES OF AMERICA,                    Mark J. Barrett

       Plaintiff,

v.

**1.  PAUL EUGENE BRAME**,                    Edward A. Pluss

       Defendant.

**SENTENCING**

**10:07 a.m.**   Court in Session - Defendant present (in-custody)

       **Change of Plea Hearing - Thursday, April 5, 2012, at 1:30 p.m.
       Plea of Guilty - one-count Indictment**

       APPEARANCES OF COUNSEL.

       Court's opening remarks.

10:11 a.m.   Statement on behalf of Defendant (Mr. Pluss).

10:16 a.m.   Statement on behalf of Probation (Ms. Woll).

10:22 a.m.   Statement by Defendant on his own behalf (Mr. Brame).

10:27 a.m.   Statement on behalf of Government (Mr. Barrett).

10:29 a.m.   Statement by Defendant on his own behalf (Mr. Brame).

10:30 a.m.     Statement on behalf of Probation (Ms. Woll).

10:31 a.m.     Statement on behalf of Defendant (Mr. Pluss).

10:36 a.m.     Statement by Defendant on his own behalf (Mr. Brame).

               Court makes findings.

**ORDERED:**   Defendant's Request for Variance in Guideline Sentence Pursuant to 18 U.S.C. § 3553(a) (ECF Doc. No. 28), filed September 24, 2012, is **GRANTED.**

**ORDERED:**   Government's Motion for One-Level Variance for Appellate Waiver and Non-opposition to Defendant's Motion for Variant Sentence (Document 28) (ECF Doc. No. 29), filed September 26, 2012, is **GRANTED.**

**ORDERED:**   Defendant's Motion to Suppress (ECF Doc. No. 13), filed November 29, 2011, is **DENIED AS MOOT.**

**ORDERED:**   Defendant be **imprisoned** for **TIME SERVED.**

**ORDERED:**   Upon release from imprisonment, defendant shall be placed on **supervised release** for a period of **3** years.

**ORDERED:**   **Conditions** of **Supervised Release** are:

   (X)    Within 72 hours of release from the custody of the Bureau of Prisons, defendant shall report in person to the probation office in the district to which the defendant is released.

   (X)    Defendant shall not commit another federal, state or local crime.

   (X)    Defendant shall not possess a firearm as defined in 18 U.S.C. § 921.

   (X)    Defendant shall comply with standard conditions adopted by the Court.

   (X)    Defendant shall not unlawfully possess a controlled substance.

   (X)    The Defendant shall refrain from the unlawful use of a controlled substance and submit to one drug test within 15 days of release on supervised release and two periodic drug tests thereafter for use of a controlled substance.

   (X)    The defendant shall cooperate in the collection of D.N.A. as directed by the probation officer.

| | |
|---|---|
| **ORDERED:** | **Special Condition(s)** of **Supervised Release**, which shall be held in abeyance until defendant is released from the hospital, are: |
| (X) | The defendant shall participate in and successfully complete a program of testing and/or treatment for substance abuse, as approved by the probation officer, until such time as the defendant is released from the program by the probation officer.  The defendant shall abstain from the use of alcohol or other intoxicants during the course of treatment and shall pay the cost of treatment as directed by the probation officer. |
| (X) | If the defendant does not have a viable residence at the time he completes the custody portion of his sentence, he shall reside in a residential reentry center for a period of up to 180 days, to commence upon his release from custody, and shall observe the rules of that facility.  He may be released early from the center with his supervising probation officer's permission when he is able to secure a residence. |
| **ORDERED:** | Defendant shall pay **$100.00** to **Crime Victim Fund** (Special Assessment) to be paid immediately. |
| **ORDERED:** | **No fine** is imposed because defendant has no ability to pay a fine, cost of incarceration or supervision. |
| **ORDERED:** | Defendant advised of right to appeal the sentence imposed by the Court.  Any notice of appeal must be filed within fourteen (14) days.  Defendant advised of right to appeal in forma pauperis. |
| **ORDERED:** | Defendant is **REMANDED** to the custody of the U.S. Marshal. |
| **10:48 a.m.** | Court in Recess - HEARING CONCLUDED. |

**TOTAL TIME:  :41**