**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Criminal Action No.   11-cr-00338-WYD-01

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.  PAUL EUGENE BRAME,

    Defendant.

---

**ORDER TERMINATING SUPERVISED RELEASE**

---

The Court having been notified by the Probation Office that on June 8, 2014, the defendant was declared deceased, hereby,

ORDERS that the term of supervised release be terminated.

Dated:  June 13, 2014.

                                BY THE COURT:

                                /s/ Wiley Y. Daniel
                                WILEY Y. DANIEL,
                                SENIOR UNITED STATES DISTRICT JUDGE